IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **JULIO PEREZ, JR., #852734** | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:06cv185** |
| **MAJOR DELAROSA, ET AL.** | § | |

### O R D E R

Came on for consideration, the Plaintiff's motion to compel combined with extension of time to file amended complaint (docket entry #29). On October 30, 2006, the Court granted his motion to file an amended complaint and gave him a deadline of November 17, 2006. In the present motion, he complained that prison officials will not give him sufficient supplies to prepare the amended complaint. The Court notes that the Plaintiff routinely files documents and there does not appear to be any problem obtaining supplies. Moreover, he does not need to file a long amended complaint like his original complaint, thus the Court will not order prison officials to provide him with additional supplies. The request for more time is reasonable. It is accordingly

**ORDERED** that the motion to compel combined with extension of time to file amended complaint (docket entry #29) is **GRANTED**, in part, and **DENIED**, in part. The deadline for the Plaintiff to file an amended complaint is December 8, 2006. No further extensions of time will be granted. The Court will evaluate the merits of his claims based on the original complaint if the amended complaint is not filed by December 8, 2006.

**SIGNED this 21st day of November, 2006.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE